UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION DOCKET NO. 5:20-CR-0087

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN CHRISTOPHER LAWS,<br>Defendant | ORDER |

**THIS MATTER** is before the Court on the United States of America's consent Motion for an order granting restitution. (Doc. No. 55). Accordingly, **IT IS HEREBY ORDERED,** pursuant to 18 U.S.C. §2559 and 18 U.S.C. §3664, that restitution in the amount of $14,000 is granted to the listed victims in the following amounts:

1) "L.L." (Ashley_081 Series)

   $3,000

   Payable to:

   Tim Nay, Trustee of L.A.L. Trust
   Law Office of Nay & Friedenburg
   6500 SW Macadam Ave., Ste. 300
   Portland, OR 97239

2) "Anna" (Middle Model Sister Series)

   $3,000

   Payments to:
   Utah Crime Victims Legal Clinic, In trust for Anna
   404 East 4500 South Ste. B24
   Salt Lake City, Utah 84107

3) "Jane" of the (CinderblockBlue Series)

$3,000

Payments to:
Marsh Law Firm PLLC,
In Trust for Jane
PO Box 4668 #65135
New York, NY 10163-4668

4) "Cara" (MotorCouch 1 Series)

$5,000

Payments to:
"Carol L. Hepburn I/T/F Cara"
PO Box 17718
Seattle, WA 98127

**SO ORDERED**

Signed: November 15, 2022

Kenneth D. Bell
United States District Judge